

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-14-00651-CV

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellants

v.

**LA SALLE COUNTY,** Texas; the Honorable Joel Rodriguez Jr., in his official capacity as
County Judge, La Salle County, Texas; and the Honorable Raul Ayala, in his official capacity as
County Commissioner, Precinct 4, La Salle County, Texas,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Appellant's Reply Brief is GRANTED. The reply brief, if any, is due on or before March 27, 2015. No further extensions of time will be granted.

It is so ORDERED on this 20 day of February, 2015.

**PER CURIAM**

ATTESTED TO_____
       Keith E. Hottle
       Clerk of Court

